COMMERCIAL CASUALTY INSURANCE COMPANY, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued February 3, 1938—Decided April 29, 1938.

For the appellant, *Lum, Tamblyn & Fairlie.*

For the respondents, *James F. X. O'Brien.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.